IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MI, as Subrogee of FWB, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>TINA DUNBAR, and ROBERT THOMAS,<br><br>Defendants. | 8:23CV303<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Notice of Case Dismissal (Filing No. 22). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs and fees. This Court retains jurisdiction to enforce the terms of the settlement.

Dated this 14th day of June, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge